1 **GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
2 MARIE A. MCCRARY (State Bar No. 262670)
100 Pine Street, Suite 1250
3 San Francisco, CA 94111
Telephone: (415) 336-6545
4 Facsimile: (415) 449-6469
5
Attorneys for Plaintiffs
6
7 UNITED STATES DISTRICT COURT FOR THE

8 NORTHERN DISTRICT OF CALIFORNIA

9 SAN FRANCISCO

10

11 SHERRI SNOW, ANTHONY PICENO and    CASE NO. 3:20-cv-03698-JSC
LINDA CONNER, as individuals, on behalf of
12 themselves, the general public and those simi-
larly situated,                                PLAINTIFFS' CONSENT TO PROCEED
13                                              BEFORE A MAGISTRATE JUDGE
       Plaintiffs,
14

15        v.

16
EVENTBRITE, INC.,
17
       Defendant.
18

-1-

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:**

The undersigned party hereby consents to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: June 22, 2020                       **GUTRIDE SAFIER LLP**

_____
Seth A. Safier, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiffs