SINGER CASHMAN LLP
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080

*Attorneys for Eventbrite, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISON

| | |
|---|---|
| SHERRI SNOW, ANTHONY PICENO and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>EVENTBRITE, INC.,<br><br>        Defendant. | CASE NO.  3:20-CV-03698-JSC<br><br>**DEFENDANT EVENTBRITE INC.'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF NON-PARTY INTERESTED PARTIES OR PERSONS** |

Pursuant to Fed. R. Civ. P. 7.1 and Civ. L.R. 3-15, Defendant Eventbrite, Inc. ("Eventbrite"), through its undersigned counsel of record, certifies as follows:

1. Eventbrite has no parent company; and
2. No publicly-held corporation owns 10% or more of Eventbrite's stock.

Date: July 28, 2020

Respectfully submitted,

SINGER CASHMAN LLP

By: _____
Adam S. Cashman
Doug Tilley
*Attorneys for Eventbrite, Inc.*