1 | SINGER CASHMAN LLP
   Adam S. Cashman (Bar No. 255063)
2 | acashman@singercashman.com
   Doug Tilley (Bar No. 265997)
3 | dtilley@singercashman.com
   601 Montgomery Street, Suite 1950
4 | San Francisco, California 94111
   Telephone:    (415) 500-6080
5 | Facsimile:    (415) 500-6080
   *Attorneys for Eventbrite, Inc.*

6

### UNITED STATES DISTRICT COURT

7

### NORTHERN DISTRICT OF CALIFORNIA

8

### SAN FRANCISCO DIVISION

9

10 | SHERRI SNOW, ANTHONY PICENO and
    LINDA CONNER, as individuals, on behalf of
11 | themselves, the general public and those
    similarly situated,
12
13 |     Plaintiffs,
14 |           v.
15 | EVENTBRITE, INC.,
16 |     Defendant.
17

CASE NO. 3:20-CV-03698-WHO

**DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION**

Hearing Date:  October 7, 2020
Hearing Time:  2:00 p.m.
Courtroom 2, 17th Floor

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

I, Courtney Duhring, declare as follows:

1.      I am employed by Defendant Eventbrite, Inc. ("Eventbrite") as its Director, Platform Operations.  I have been employed by Eventbrite in various roles since approximately February 2010. I submit this Declaration in support of Eventbrite's Motion to Compel Arbitration (Eventbrite's "Motion").  The statements in this Declaration are based on my personal knowledge and/or a reasonable and diligent investigation of pertinent Eventbrite records and information.  If called upon to do so, I could and would testify competently to the statements set forth below.

I.      **EVENTBRITE'S BUSINESS**

2.      Eventbrite is a global leader in the field of event promotion, ticketing, and associated technology, powering live experiences in 170 countries around the world.

3.      Eventbrite developed and operates a technology Platform that allows concert, festival, and other event organizers to plan, promote, and produce live events, with reduced friction and costs, increased reach, and seamless ticket sales (Eventbrite's "Platform").

4.      Eventbrite allows users to order tickets to free and paid events through a website, which is available via both desktop or laptop computers ("Desktop Web") and mobile devices ("Mobile Web"),  as well as iOS- and Android-based smartphone applications ("Smartphone App").

5.      A user is required to create an Eventbrite account (or log into an existing Eventbrite account) to order tickets or other credentials to any event via Eventbrite's Platform.  It is not possible for a user to order credentials to an event via Eventbrite's Platform without creating an Eventbrite account (or signing into an existing account).

6.      Eventbrite allows users to create accounts in one of two ways, each of which is accessible on all channels of Eventbrite's Platform (i.e., Desktop Web, Mobile Web, and Smartphone App).  Users may create an Eventbrite account via a standalone Sign-Up page.  Users may alternatively create an Eventbrite account as part of the process of ordering tickets to a desired event.

A.      **Standalone Sign-Up Pages**

7.      To create an Eventbrite account via a standalone Sign-Up page, a user is required to provide an email address and click a button to advance to the next step in the account creation process.

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

8.      Since at least January 1, 2016, Eventbrite's standalone Sign-Up pages have contained language directly beneath that button advising users that by clicking such button, the user "accept[s]" or "agree[s] to" Eventbrite's Terms of Service ("TOS").  Throughout the entirety of this period, the phrase "Terms of Service" has appeared in blue font against a contrasting white or black background (and often in underlined font) and has hyperlinked to the then-effective version of Eventbrite's TOS.

9.      As shown below and in the attached Exhibits, the foregoing is true with respect to Desktop Web, Mobile Web, and Smartphone App.

10.     Attached hereto as **Exhibits A and B**, and excerpted below, are true and correct copies of screenshots depicting versions of Eventbrite's standalone Sign-Up page, accessible via Desktop Web, between January 1, 2016 and the date of this Declaration.  These screenshots were collected either from the current version of Eventbrite's publicly-available Platform or from the Internet Archive's Wayback Machine, a publicly-available service that "crawls" web sites over time, archives the content of such sites as of the date and time of each crawl, and allows users to search through such archives and review screenshots of how the crawled page appeared as of the date and time on which it was crawled.[1]  Screenshots collected from the Wayback Machine are attached in two versions:  the first includes the Wayback Machine "banner" showing the date as of which the content in the screenshot appeared, and the second omits the banner in order to minimize interference with the Court's ability to read the full text of these exhibits.

| **2016 (Exh. A)** | **Present (Exh. B)** |
|---|---|

---

[1]      *See* https://archive.org/about/ (last visited August 31, 2020).

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

11.     Although the look and feel of Eventbrite's Desktop Web Sign-Up page have changed slightly over time since January 1, 2016, such page has always contained language in close proximity to the call-to-action buttons advising that by creating an account, a user agrees to Eventbrite's TOS. At all times, such disclosures have contained blue, typically underlined hyperlinks to the then-effective version of Eventbrite's TOS.

12.     Attached hereto as **Exhibits C and D**, and excerpted below, are true and correct copies of screenshots depicting versions of Eventbrite's standalone Sign-Up page, accessible via Mobile Web, between January 1, 2016 and the date of this Declaration.  These screenshots were collected either from the current version of Eventbrite's publicly-available Platform or from the Internet Archive's Wayback Machine.  Screenshots collected from the Wayback Machine are attached in two versions:  the first includes the Wayback Machine "banner" showing the date as of which the content in the screenshot appeared, and the second omits the banner in order to minimize interference with the Court's ability to read the full text of these exhibits.

**2016 (Exh. C)**        **Present (Exh. D)**

13.     Although the look and feel of Eventbrite's Mobile Web Sign-Up page have changed slightly over time since January 1, 2016, such page has always contained language in close proximity to the call-to-action buttons advising that by creating an account, a user agrees to Eventbrite's TOS.

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

At all times, such disclosures have contained blue, typically underlined hyperlinks to the then-effective version of Eventbrite's TOS.

14.     Attached hereto as **Exhibits E and F**, and excerpted below, are true and correct copies of screenshots depicting versions of Eventbrite's standalone Sign-Up page, accessible via Smartphone App, between May 2019 and the date of this Declaration.  These screenshots were collected from the current version of Eventbrite's publicly-available Platform or by mounting and running the code for deprecated versions of Eventbrite's Smartphone App in the Company's current operating environment.  The appearance of these pages are substantially identical on the iOS and Android versions of Eventbrite's Smartphone App.



15.     Although the look and feel of Eventbrite's Smartphone App Sign-Up page have changed slightly over time since January 1, 2016, such page has always contained language in close proximity to the call-to-action buttons advising that by creating an account, a user agrees to Eventbrite's TOS.  At all times, such disclosures have contained blue hyperlinks to the then-effective version of Eventbrite's TOS.  This is true with respect to both the iOS and Android versions of Eventbrite's Smartphone App.

**B.     Order Submission Flow**

16.     Users may also create an Eventbrite account as part of the process of ordering credentials to a particular event.  Since at least January 1, 2016, in order to create an account in this manner, users have to enter at least an email address and are required to click a button to submit their order.

---

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

17.     For users who already have Eventbrite accounts, the order submission process is substantially identical, except that such users do not need to provide their contact information (unless necessary to sign into their pre-existing Eventbrite account).  All other content on the page is the same, and returning users are required to click a button to submit their order.

18.     Since at least as early as January 1, 2016, Eventbrite's order submission process has contained language directly above the "Place Order," "Pay Now," "Register," or similar call-to-action button advising users that by clicking such button, the user "accept[s]" or "agree[s] to" Eventbrite's TOS.  Throughout the entirety of this period, the phrase "Terms of Service" has appeared in blue, typically underlined hyperlinks to the then-effective version of Eventbrite's TOS.

19.     As shown below and in the attached Exhibits, the foregoing is true with respect to Desktop Web, Mobile Web, and Smartphone App.

20.     Attached hereto as **Exhibits G and H**, and excerpted below, are true and correct copies of screenshots depicting versions of Eventbrite's order submission page, accessible via Desktop Web, between January 1, 2016 and the date of this Declaration.  These screenshots were collected either from the current version of Eventbrite's publicly-available Platform or from Eventbrite's business records.

| <u>2016 (Exh. G)</u> | <u>Present (Exh. H)</u> |
|---|---|
| I accept the terms of service and have read the privacy policy. I agree that Eventbrite may share my information with the event organizer.  **Pay Now** | By clicking "Place Order," I accept the Terms of Service and have read the Privacy Policy. I agree that Eventbrite may share my information with the event organizer.  Powered by eventbrite    Place Order |

21.     Although the look and feel of Eventbrite's Desktop Web order submission page have changed slightly over time since January 1, 2016, such page has always contained language in close proximity to the call-to-action buttons advising that by placing an order, a user agrees to Eventbrite's TOS.  At all times, such disclosures have contained blue, typically underlined hyperlinks to the then-effective version of Eventbrite's TOS.

22.     Attached hereto as **Exhibits I and J**, and excerpted below, are true and correct copies of screenshots depicting versions of Eventbrite's order submission page, accessible via Mobile Web, between January 1, 2016 and the date of this Declaration.  These screenshots were collected either

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

from the current version of Eventbrite's publicly-available Platform or from Eventbrite's business records.

| 2016 (Exh. I) | Present (Exh. J) |
|---|---|

23.     Although the look and feel of Eventbrite's Mobile Web order submission page have changed slightly over time since January 1, 2016, such page has always contained language in close proximity to the call-to-action buttons advising that by placing an order, a user agrees to Eventbrite's TOS.  At all times, such disclosures have contained blue, typically underlined hyperlinks to the then-effective version of Eventbrite's TOS.

24.     Attached hereto as **Exhibits K and L**, and excerpted below, are true and correct copies of screenshots depicting versions of Eventbrite's order submission page, accessible via Smartphone App, between January 1, 2016 and the date of this Declaration.  These screenshots were collected either from the current version of Eventbrite's publicly-available Platform or from Eventbrite's business records.  The appearance of these pages are substantially identical on the iOS and Android versions of Eventbrite's Smartphone App.

| 2016 (Exh. K) | Present (Exh. L) |
|---|---|

25.     Although the look and feel of Eventbrite's Smartphone App order submission page have changed slightly over time since January 1, 2016, such page has always contained language in close proximity to the call-to-action buttons advising that by placing an order, a user agrees to

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

Eventbrite's TOS.  At all times, such disclosures have contained blue, typically underlined hyperlinks to the then-effective version of Eventbrite's TOS.   This is true with respect to both the iOS and Android versions of Eventbrite's Smartphone App.

## II.   PLAINTIFF SHERRI SNOW

26.      I understand that Ms. Snow alleges in this litigation that on or about February 11, 2020, she ordered four tickets to Reggae Rise Up Musical Festival to take place in Las Vegas, Nevada on April 18 and 19, 2020.  I am further informed that Ms. Snow's attorneys provided Eventbrite's attorneys with the email address Ms. Snow claims to have used in connection with that order.

27.      Eventbrite's business records state that a user with the email address I understand Plaintiffs' counsel provided registered an account on Eventbrite on January 14, 2018, via Eventbrite's Mobile Web.  Eventbrite's business records further state that Ms. Snow created that account during the process of placing an order for tickets to a particular event entitled "MLK Day (Turn Up Party) – FREE ALL NIGHT WITH RSVP."  Eventbrite's business records show that Ms. Snow completed that purchase on January 14, 2018.

28.      Attached hereto as **Exhibit M**, and highlighted for the convenience of the Court, is a true and correct copy of the content of an order confirmation email Eventbrite sent to Ms. Snow shortly after Ms. Snow completed her order.  That email stated that "[t]his order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy."  That email contained a hyperlink to each of Eventbrite's Terms of Service, Privacy Policy, and Cookie Policy.

29.      Eventbrite's business records show that prior to February 11, 2020, Ms. Snow ordered tickets to a total of 14 separate events, as set forth below:

| Order Date | Event | Order Method |
|---|---|---|
| January 14, 2018 | MLK Day (Turn Up Party) – FREE ALL NIGHT WITH RSVP | Mobile Web |
| February 24, 2018 | The Bay vs LA (The Battle for the West Coast) | Mobile Web |
| February 27, 2018 | Kushstock Festival | Mobile Web |
| February 27, 2018 | Grand Opening of the Doobie Sesh – Suga Free Live – Cali Sesh Collab | Mobile Web |
| April 2, 2018 | Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More! | Mobile Web |

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

| May 2, 2018 | DoobieSesh 4 – Top Vendors \| Headlining Talent \| Hosted by the Doobie Girls! | Mobile Web |
|---|---|---|
| May 2, 2018 | Sippin Sundaze Day Party | Mobile Web |
| August 24, 2018 | DOOBIE FEST 7 – Too Short, Daz Dillinger, Tha Alkaholikz & MORE | Mobile Web |
| August 24, 2018 | Twista's Celebrity Smoke OUT | Mobile Web |
| October 30, 2018 | Wiz Khalifa Live – Drais Nightclub VIP Guest List | Mobile Web |
| October 31, 2018 | Fernet-Branca 2018 Pop-Up Bar Expo | Mobile Web |
| February 26, 2019 | BlueFace Live in the HD! Sponsored by EPiC Credit Repair | Mobile Web |
| June 29, 2019 | Wasted Trap House x Orange County | Mobile Web |
| October 25, 2019 | "Trick or Drink" Hip Hop & Reggaeton Halloween Party | Mobile Web |

30.     Attached hereto as **Exhibit N**, and highlighted for the convenience of the Court, are true and correct copies of the content of order confirmation emails Eventbrite sent to Ms. Snow shortly after Ms. Snow completed each other set forth above.  Each of those emails stated that "[t]his order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy."  Each of those emails contained a hyperlink to each of Eventbrite's Terms of Service, Privacy Policy, and Cookie Policy.

31.     Eventbrite's business records show that on February 11, 2020, Ms. Snow ordered tickets to an event titled "Reggae Rise Up Vegas Festival 2020."  Ms. Snow placed that order via Desktop Web.

## II.     PLAINTIFF ANTHONY PICENO

32.     I understand that Mr. Piceno alleges in this litigation that on or about January 14, 2020, he ordered tickets to a Barbara Mason concert and dinner to take place in Commerce, California on March 23, 2020.  I further understand that Mr. Piceno's attorneys provided Eventbrite's attorneys with the email address Mr. Piceno claims to have used in connection with that order.

33.     Eventbrite's business records do not show any purchase of tickets to that event by any user named Anthony Piceno or associated with the email address I understand Plaintiffs' counsel provided to Eventbrite's counsel.

34.     Eventbrite's business records do show that a user named Anthony Piceno created an Eventbrite account on April 16, 2020, using the email address I understand was provided by Plaintiffs' counsel.  Eventbrite's business records do not show any ticket order placed via that account.

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265

### III. PLAINTIFF LINDA CONNER

35. I understand that Ms. Conner alleges in this litigation that on or about December 19, 2019, she ordered tickets to a Tanya Tucker concert to take place in Sacramento, California on June 5, 2020. I further understand that Ms. Conner's attorneys provided Eventbrite's attorneys with the email address Ms. Conner claims to have used in connection with that order.

36. Eventbrite's business records show that a user with the email address I understand was provided by Plaintiffs' counsel created an Eventbrite account on August 13, 2019, via Eventbrite's Smartphone App.

37. Eventbrite's business records show that on December 19, 2019, Ms. Conner ordered tickets to an event titled "Tanya Tucker – Bring My Flowers Now Tour" via Mobile Web. Eventbrite's records do not reflect any prior ticket order by Ms. Conner.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge following a reasonable and diligent investigation. Executed in San Francisco, California.

Dated: August 31, 2020

*Courtney Duhring*
_____
Courtney Duhring

DECLARATION OF COURTNEY DUHRING IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

Doc ID: 51679b3af018b99a136580cb6ee63a0f94597265