# EXHIBIT A





Case 3:20-cv-03698-WHO Document 18-2 Filed 08/31/20 Page 2 of 103

https://www.eventbrite.com/ Go
65,150 captures
13 Jun 2007 - 9 Aug 2020
NOV DEC FEB
31
2014 2015 2017
About this capture

Eventbrite Browse Events Sell Tickets Sign up Log in Help

Promote ... More

# Sign up

Already have an account? Log in.

Email

Password

SIGN UP

By signing up, I agree to Eventbrite's terms of service, privacy policy, and cookie policy.

Search for events or cat

San Francisco, CA

All Dates

SEARCH

Popular Events in San Francisco, CA ⊗

$75 - $5,000

# EXHIBIT B

# eventbrite



## Sign up or log in

Email address

Get Started

or

 Continue with Apple

 Continue as Doug

By clicking "Get Started" or "Continue with Facebook", I accept the Eventbrite
Terms Of Service, Community Guidelines and have read the Privacy Policy.

© 2020 Eventbrite

How It Works  •  Pricing  •  Contact Support  •  Contact Sales  •  About  •  Blog  •  Help  •  Careers  •  Press  •  Investor
Security  •  Developers  •  Terms  •  Privacy  •  CA Privacy Notice  •  Cookies

United States  ▾

Privacy • Terms

https://www.eventbrite.com/signin/                                                                                    1/1

# EXHIBIT C





# EXHIBIT D

eventbrite



# Sign up or log in

Email address

Get Started

or

 Continue with Apple

 Continue as Doug

By clicking "Get Started" or "Continue wi
Facebook", I accept the Eventbrite Terms Of
Service, Community Guidelines and have read the
Privacy Policy.



Privacy · Terms

# EXHIBIT E



# Let's Get Started

Sign up or log in to see what's happening near you

Email

Enter your email address

**Get Started**

or

 **Continue with Facebook**

By continuing, I accept the Eventbrite
terms of service and community guidelines and
have read the privacy policy.

# EXHIBIT F

✕

# Let's Get Started

Sign up or log in to see what's happening near you

**Continue with email address**

 **Continue with Apple**

**f Continue with Facebook**

By continuing, I accept the Eventbrite
terms of service and community guidelines and
have read the privacy policy.

# EXHIBIT G

**eventbrite**

## Country on the rocks

Antonio Will be organizing this event
Monday, September 21, 2020 from 7:00 PM to 10:00 PM (PDT)
Los Angeles, CA



### Order Summary

| TICKET TYPE | PRICE * | FEE * | QUANTITY | SUBTOTAL |
|---|---|---|---|---|
| General Admission | $10.00 | $2.24 | 2 | $24.48 |
| | | | Order total: | **$24.48** |

* Prices include Sales Tax

### When & Where

**STAPLES Center**
1111 South Figueroa Street
Los Angeles, CA 90015

Monday, September 21, 2020 from 7:00
PM to 10:00 PM (PDT)

📅 Add to my calendar

### Registration Information

> **7:31**   Please complete registration within 8:00 minutes.
> After 8:00 minutes, the reservation we're holding will be released to others.

### Organizer

**Antonio Will be organizing this event**

[ ✉ Contact the Organizer ]

E  View organizer profile

\* Required Field

### Ticket Buyer

Have you used Eventbrite before? Sign In To Your Account

First Name: *  [                    ]
Last Name: *  [                    ]
Email Address: *  [                    ]
Confirm Email Address: *  [                    ]

### Payment   (Your card info is not stored on Eventbrite's servers)

Card: *  [ Select a card type ▾ ]
Card Number: *  [                    ]
Expiration Date: *  [ Month ▾ ] [ Year ▾ ] CSC* [    ]  What's this?

### Billing Information

Country: *  [ United States ▾ ]
Address: *  [                    ]
Address 2:  [                    ]
City: *  [                    ]
State: *  [ California ▾ ]
Zip Code: *  [     ]

I accept the terms of service and have read the privacy policy. I
agree that Eventbrite may share my information with the event
organizer.

[ **Pay Now** ]



# EXHIBIT H

Checkout
Time left 7:51

## Contact Information

Continue as guest or login for a faster experience.

| First name * | Last name * |

| Email * | Confirm email * |

## Payment

### Choose a Payment Method

○ Credit or Debit Card

○ PayPal

☐ Eventbrite can send me emails about the best events happening nearby.

**Important notice re COVID-19:** Please note any interaction with the general public poses an elevated risk of being exposed to COVID-19 and we cannot guarantee that you will not be exposed while in attendance at the event. Eventbrite is not responsible for the health and safety of this event. We encourage you to follow the organizer's safety policies, as well as local laws and restrictions.

By clicking "Place Order", I accept the Terms of Service and have read the Privacy Policy. I agree that Eventbrite may share my information with the event organizer.

Powered by **eventbrite**

### Order Summary

| 2 x General Admission | $20.00 |
| --- | --- |
| Subtotal | $20.00 |
| Fees ⓘ | $4.48 |
| Delivery | $0.00 |
| 2 x eTicket | |

| **Total** | **$24.48** |
| | Incl. sales tax |

Place Order

# EXHIBIT I

**Country on the rocks**
Monday, September 21, 2020 from 7:00 PM to 10:00 PM (PDT)

**7:50** After 8 minutes, the reservation we are holding will be released.

**Total: $24.48** — 2 Items (view)

Used Eventbrite before?
**Sign In** for fast and easy ordering!

## Your Info

First Name *

Last Name *

Email *

## Payment Info

Card Number *

Card Type *

Select a card type

Expiration Date *

Month    Year

CVV *

Zip Code*

Billing address outside of United States?

I accept the terms of service and have read the privacy policy. I agree that Eventbrite may share my information with the event organizer.

**Pay Now**

# EXHIBIT J

Checkout

Time left 7:06

## Contact Information

Continue as guest or login for a faster experience.

| First name * | Last name * |

| Email * |

| Confirm email * |

## Payment

## Choose a Payment Method

○ Credit or Debit Card

○ PayPal 

☐ Eventbrite can send me emails about the best events happening nearby.

**Important notice re COVID-19:** Please note any interaction with the general public poses an elevated risk of being exposed to COVID-19 and we cannot guarantee that you will not be exposed while in attendance at the event. Eventbrite is not responsible for the health and safety of this event. We encourage you to follow the organizer's safety policies, as well as local laws and restrictions.

By clicking "Place Order", I accept the Terms of Service and have read the Privacy Policy. I agree that Eventbrite may share my information with the event organizer.

Powered by eventbrite

 $24.48    Place Order

# EXHIBIT K

← **Detalles de entrada**

Zip Code *

Other Info

Gender

Choose One ⌄

Birth Date

Month ⌄    Day ⌄    Year ⌄

Age

Zip Code*

Billing address outside of United States?

✓ Save billing and payment info.

I accept the terms of service and have read the privacy policy. I agree that Eventbrite may share my information with the event organizer.

**Pay Now**

# EXHIBIT L

← Checkout ✕

Time left 7:36

## Contact Information

First name *
First

Last name *
Last

Email *
douglasstilley@gmail.com ✎

## Payment

### Payment method



○ Credit or Debit Card

○ PayPal

Cell phone *

☑ Keep me updated on the latest news, events, and exclusive offers from Afro Soca Love.

☑ Eventbrite can send me emails about the best events happening nearby.

**Important notice re COVID-19:** Please note any interaction with the general public poses an elevated risk of being exposed to COVID-19 and we cannot guarantee that you will not be exposed while in attendance at the event. Eventbrite is not responsible for the health and safety of this event. We encourage you to follow the organizer's safety policies, as well as local laws and restrictions.

By clicking "Place Order", I accept the Terms of Service and have read the Privacy Policy. I agree that Eventbrite may share my information with the event organizer.

Powered by *eventbrite*

 ⌄        $7.41        Place Order

# EXHIBIT M

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP |
| **Attachments:** | 41233293892-717210029-ticket.pdf |

# eventbrite

## Sherri,
## your order is confirmed



## Keep your tickets handy

Get the app

### MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



🎟 6 x Tickets
Order total: Free

🕐 Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)
Add to Google · Outlook · iCal · Yahoo

📍 Karma Lounge
3954 Beverly Boulevard
Los Angeles, CA 90004
(View on map)

View event details

---

MILA

Follow

Questions about this event?

Contact the organizer

# Order Summary

Order #717210029 - January 14, 2018

| Sherri Snow | 6 x **MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP** | Free |

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

3

**eventbrite**

# MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



## MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)



Free Order

Order Information

Order #717210029. Ordered by Sherri Snow on January 14, 2018 7:41 PM

717210029895342404001

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



### MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)



**Free Order**

Order Information

Order #717210029. Ordered by Sherri Snow on January 14, 2018 7:41 PM

717210029895342404002

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**

# MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



## MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)



**Free Order**

Order Information

Order #717210029. Ordered by Sherri Snow on January 14, 2018 7:41 PM

717210029895342404003

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



## MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)



**Free Order**

Order Information

Order #717210029. Ordered by Sherri Snow on January 14, 2018 7:41 PM

717210029895342404004

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



## MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)



**Free Order**

Order Information

Order #717210029. Ordered by Sherri Snow on January 14, 2018 7:41 PM

717210029895342404005

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP



## MLK Day (Turn Up Party) - FREE ALL NIGHT WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Sunday, January 14, 2018 at 10:00 PM - Monday, January 15, 2018 at 2:00 AM (PST)



**Free Order**

Order Information

Order #717210029. Ordered by Sherri Snow on January 14, 2018 7:41 PM

717210029895342404006

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

# EXHIBIT N

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for The Bay Vs LA (The Battle For The West Coast) - FREE HENNESSY SHOTS B4 10:30pm |
| **Attachments:** | 41982617138-734796600-Ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## The Bay Vs LA (The Battle For The West Coast) - FREE HENNESSY SHOTS B4 10:30pm



🎫 **2 x Tickets**
Order total: Free

🕐 **Saturday, February 24, 2018 at 10:00 PM - Sunday, February 25, 2018 at 2:00 AM (PST)**
Add to Google · Outlook · iCal · Yahoo

📍 **Karma Lounge**
3954 Beverly Boulevard
Los Angeles, CA 90004
(View on map)

View event details

---

MILA

Follow

Questions about this event?

Contact the organizer

# Order Summary

Order #734796600 - February 24, 2018

| Sherri Snow | 2 x **The Bay Vs LA (The Battle For The West Coast) - FREE WITH RSVP** | Free |

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**



# The Bay Vs LA (The Battle For The West Coast) - FREE HENNESSY SHOTS B4 10:30pm
## The Bay Vs LA (The Battle For The West Coast) - FREE WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Saturday, February 24, 2018 at 10:00 PM - Sunday, February 25, 2018 at 2:00 AM (PST)

Free Order

Order Information

Order #734796600. Ordered by Sherri Snow on February 24, 2018 1:51 PM



734796600916537154001

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**



## The Bay Vs LA (The Battle For The West Coast) - FREE HENNESSY SHOTS B4 10:30pm
### The Bay Vs LA (The Battle For The West Coast) - FREE WITH RSVP

Karma Lounge, 3954 Beverly Boulevard, Los Angeles, CA 90004

Saturday, February 24, 2018 at 10:00 PM - Sunday, February 25, 2018 at 2:00 AM (PST)

Free Order

Order Information

Order #734796600. Ordered by Sherri Snow on February 24, 2018 1:51 PM



734796600916537154002

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Kushstock Festival |
| **Attachments:** | 42031669856-736114076-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## Kushstock Festival



🎟 6 x Tickets
Order total: Free

🕐 Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)
Add to Google · Outlook · iCal · Yahoo

📍 San Bernardino
689 S E st.
San Bernardino, CA 92408
(View on map)

View event details

---

Dr. K

Follow

Questions about this event?

Contact the organizer

---

## Order Summary

Order #736114076 - February 27, 2018

Sherri Snow          6 x **FREE TICKET**                    Free

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**



# Kushstock Festival

## FREE TICKET

San Bernardino, 689 S E st. , San Bernardino, CA 92408

Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)



Free Order

Order Information

Order #736114076. Ordered by Sherri Snow on February 27, 2018 1:39 PM

736114076918131072001

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# Kushstock Festival

## FREE TICKET



San Bernardino, 689 S E st. , San Bernardino, CA 92408

Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)



Free Order

Order Information

Order #736114076. Ordered by Sherri Snow on February
27, 2018 1:39 PM

736114076918131072002

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**



# Kushstock Festival

## FREE TICKET

San Bernardino, 689 S E st. , San Bernardino, CA 92408

Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)

Free Order

Order Information

Order #736114076. Ordered by Sherri Snow on February 27, 2018 1:39 PM



736114076918131072003

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# Kushstock Festival

## FREE TICKET



San Bernardino, 689 S E st. , San Bernardino, CA 92408

Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)

Free Order

Order Information

Order #736114076. Ordered by Sherri Snow on February 27, 2018 1:39 PM



736114076918131072004

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com



# Kushstock Festival

## FREE TICKET



San Bernardino, 689 S E st. , San Bernardino, CA 92408

Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)

Free Order

Order Information

Order #736114076. Ordered by Sherri Snow on February 27, 2018 1:39 PM

736114076918131072005

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# Kushstock Festival



## FREE TICKET

San Bernardino, 689 S E st. , San Bernardino, CA 92408

Saturday, March 31, 2018 from 12:00 PM to 11:00 PM (PDT)



Free Order
Order Information
Order #736114076. Ordered by Sherri Snow on February
27, 2018 1:39 PM

736114076918131072006

**Do you organize events?**
Start selling in minutes with Eventbrite!
www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Grand Opening of the Doobie Sesh - Suga Free Live - Cali Sesh Collab |
| **Attachments:** | 43336785492-736117115-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## Grand Opening of the Doobie Sesh - Suga Free Live - Cali Sesh Collab



🎟 1 x Ticket
Order total: Free

🕐 Saturday, March 10, 2018 from 2:00 PM to 10:00 PM (PST)
Add to Google · Outlook · iCal · Yahoo

📍 Private Event - Members Only
San Bernardino, CA 92411
(View on map)

View event details

---

M4 Eventz

Follow

Questions about this event?

Contact the organizer

## Order Summary

Order #736117115 - February 27, 2018

| Sherri Snow | 1 x **Patient FREE RSVP** | Free |

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.

## Additional Information

The event organizer has provided the following information:
Thanks for registering, keep your ticket handy for check in and email us at doobiesesh@gmail.com for any and everything. Vendor questions, which vendors will be there, entering the wet t shirt contest, producer battle, mc battle anything at all! 3107669505, IG @doobiesesh



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.



Order #736117115

# Grand Opening of the Doobie Sesh - Suga Free Live - Cali Sesh Collab
## Patient FREE RSVP



Private Event - Members Only, San Bernardino, CA 92411

Saturday, March 10, 2018 from 2:00 PM to 10:00 PM (PST)

Free Order

Order Information

Order #736117115. Ordered by Sherri Snow on February 27, 2018 1:45 PM

Name

Sherri Snow

736117115918134658001

Event Information:

Thanks for registering, keep your ticket handy for check in and email us at doobiesesh@gmail.com for any and everything. Vendor questions, which vendors will be there, entering the wet t shirt contest, producer battle, mc battle anything at all! 3107669505, IG @doobiesesh

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More! |
| **Attachments:** | 44731422890-752005173-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!



🏷 **6 x Tickets**
Order total: Free

🕐 **Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)**
Add to Google · Outlook · iCal · Yahoo

📍 **Private mega downtown venue**
333 s bolyston st
Los Angeles CA
(View on map)

View event details

---

M4 Eventz

Follow

Questions about this event?

Contact the organizer

# Order Summary

Order #752005173 - April 2, 2018

| Sherri Snow | 6 x **Early** | Free |

2

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.



Order #752005173

# Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!
## Early



Private mega downtown venue, 333 s bolyston st, Los Angeles CA

Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)

Free Order

Order Information

Order #752005173. Ordered by Sherri Snow on April 2, 2018 8:38 PM

752005173937326531001

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**

# Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!
## Early



Private mega downtown venue, 333 s bolyston st, Los Angeles CA

Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)



Free Order

Order Information

Order #752005173. Ordered by Sherri Snow on April 2, 2018 8:38 PM

752005173937326531002

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!
## Early



Private mega downtown venue, 333 s bolyston st, Los Angeles CA

Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)

Free Order

Order Information

Order #752005173. Ordered by Sherri Snow on April 2, 2018 8:38 PM



752005173937326531003

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

# eventbrite

## Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!
### Early



Private mega downtown venue, 333 s bolyston st, Los Angeles CA

Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)



Free Order

Order Information

Order #752005173. Ordered by Sherri Snow on April 2, 2018 8:38 PM

752005173937326531004

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**

# Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!
## Early



Private mega downtown venue, 333 s bolyston st, Los Angeles CA

Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)



Free Order

Order Information

Order #752005173. Ordered by Sherri Snow on April 2, 2018 8:38 PM

752005173937326531005

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com



Order #752005173

# Doobie Sesh 2 DTLA with MC Eiht, Mitchy Slick, Volume 10, RJ & More!

## Early



Private mega downtown venue, 333 s bolyston st, Los Angeles CA

Saturday, April 7, 2018 from 2:00 PM to 10:00 PM (PDT)

Free Order

Order Information

Order #752005173. Ordered by Sherri Snow on April 2, 2018 8:38 PM

752005173937326531006

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for DoobieSesh 4- Top Vendors\| Headlining Talent\| Hosted by the Doobie Girls! |
| **Attachments:** | 45632147983-765991001-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## DoobieSesh 4- Top Vendors\| Headlining Talent\| Hosted by the Doobie Girls!



🎟 **4 x Tickets**
Order total: Free

🕐 **Monday, May 21, 2018 from 3:30 PM to 11:00 PM (PDT)**
Add to Google · Outlook · iCal · Yahoo

📍 **Private Event**
4th and bolyston
Los Angeles CA
(View on map)

View event details

---

M4 Eventz

Follow

### Questions about this event?

Contact the organizer

## Order Summary

Order #765991001 - May 2, 2018

| Sherri Snow | 4 x **Patient Early Bird Free ticket** | Free |

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**

# DoobieSesh 4- Top Vendors| Headlining Talent| Hosted by the Doobie Girls!
## Patient Early Bird Free ticket



Private Event, 4th and bolyston, Los Angeles CA

Monday, May 21, 2018 from 3:30 PM to 11:00 PM (PDT)

Free Order
Order Information
Order #765991001. Ordered by Sherri Snow on May 2, 2018 12:11 AM



765991001954446243001

**Do you organize events?**
Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**

# DoobieSesh 4- Top Vendors| Headlining Talent| Hosted by the Doobie Girls!

## Patient Early Bird Free ticket



Private Event, 4th and bolyston, Los Angeles CA

Monday, May 21, 2018 from 3:30 PM to 11:00 PM (PDT)

Free Order

Order Information

Order #765991001. Ordered by Sherri Snow on May 2, 2018 12:11 AM



765991001954446243002

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**



# DoobieSesh 4- Top Vendors| Headlining Talent| Hosted by the Doobie Girls!
## Patient Early Bird Free ticket



Private Event, 4th and bolyston, Los Angeles CA

Monday, May 21, 2018 from 3:30 PM to 11:00 PM (PDT)

Free Order
Order Information
Order #765991001. Ordered by Sherri Snow on May 2, 2018 12:11 AM

765991001954446243003

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**

# DoobieSesh 4- Top Vendors| Headlining Talent| Hosted by the Doobie Girls!
## Patient Early Bird Free ticket



Private Event, 4th and bolyston, Los Angeles CA

Monday, May 21, 2018 from 3:30 PM to 11:00 PM (PDT)



Free Order

Order Information

Order #765991001. Ordered by Sherri Snow on May 2, 2018 12:11 AM

765991001954446243004

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:18 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Sippin Sundaze Day Party |
| **Attachments:** | 45635595294-765991646-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## Sippin Sundaze Day Party



🏷 2 x Tickets
Order total: Free

🕐 Sunday, May 6, 2018 from 4:00 PM to 10:30 PM (PDT)
Add to Google · Outlook · iCal · Yahoo

📍 BOX 8 Studios
1446 East Washington Boulevard
Los Angeles, CA 90021
(View on map)

View event details

---

Endless Nightlife

Follow

Questions about this event?

Contact the organizer

## Order Summary

Order #765991646 - May 2, 2018

| Sherri Snow | 2 x **RSVP GUESTLIST** | Free |

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**

# Sippin Sundaze Day Party

## RSVP GUESTLIST



BOX 8 Studios, 1446 East Washington Boulevard, Los Angeles, CA 90021

Sunday, May 6, 2018 from 4:00 PM to 10:30 PM (PDT)



Free Order

Order Information

Order #765991646. Ordered by Sherri Snow on May 2, 2018 12:15 AM

765991646954447032001

**Do you organize events?**

Start selling in minutes with Eventbrite!
www.eventbrite.com

**eventbrite**

# Sippin Sundaze Day Party



## RSVP GUESTLIST

BOX 8 Studios, 1446 East Washington Boulevard, Los Angeles, CA 90021

Sunday, May 6, 2018 from 4:00 PM to 10:30 PM (PDT)

Free Order

Order Information

Order #765991646. Ordered by Sherri Snow on May 2, 2018 12:15 AM



765991646954447032002

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for DOOBIE FEST 7 - Too Short, Daz Dillinger, Tha Alkaholikz & MORE |
| **Attachments:** | 48568864782-813535985-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

<div align="center">

**Get the app**

</div>

## DOOBIE FEST 7 - Too Short, Daz Dillinger, Tha Alkaholikz & MORE



🔖 **1 x Ticket**
Order total: Free

🕐 **Friday, September 14, 2018 at 4:00 PM - Sunday, September 16, 2018 at 11:00 PM (PDT)**
Add to Google · Outlook · iCal · Yahoo

📍 **Private Event**
RSVP for address
DTLA CA
(View on map)

View event details

---

Doobie Sesh

Follow

Questions about this event?

Contact the organizer

## Order Summary

Order #813535985 - August 24, 2018

Sherri Snow          1 x **Early Bird Tickets**                    Free

2

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.

## Additional Information

The event organizer has provided the following information:

### About your tickets

Early Bird Tickets
Thanks for your registration keep your ticket handy for check-in you can print or use phone. The address is 1053 S Hill St. One of the important rules to determine if an event is public/private is the address. We keep it out of the public sphere so we can pass that test and have sesh's undisturbed :) Thanks again follow us online @thedoobiesesh and @doobiefest6 for cool giveaways.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**

# DOOBIE FEST 7 - Too Short, Daz Dillinger, Tha Alkaholikz & MORE
## Early Bird Tickets



Private Event, RSVP for address, DTLA CA

Friday, September 14, 2018 at 4:00 PM - Sunday, September 16, 2018 at 11:00 PM (PDT)

**Free Order**



| Order Information | Name |
|---|---|
| Order #813535985. Ordered by Sherri Snow on August 24, 2018 2:45 PM | Sherri Snow |

813535985101332462001

---

Ticket Information:

Thanks for your registration keep your ticket handy for check-in you can print or use phone. The address is 1053 S Hill St.  One of the important rules to determine if an event is public/private is the address. We keep it out of the public sphere so we can pass that test and have sesh's undisturbed :) Thanks again follow us online @thedoobiesesh and @doobiefest6 for cool giveaways.

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Twista's Celebrity Smoke OUT |
| **Attachments:** | 49304650537-813618140-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

## Twista's Celebrity Smoke OUT



🎫 2 x Tickets
Order total: Free

🕐 Saturday, August 25, 2018 from 2:00 PM to 10:00 PM (PDT)
Add to Google · Outlook · iCal · Yahoo

View event details

M4 Eventz

Follow

## Questions about this event?

Contact the organizer

## Order Summary

Order #813618140 - August 24, 2018

Sherri Snow                2 x **Early Bird Ticket**                Free

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**

# Twista's Celebrity Smoke OUT

## Early Bird Ticket



Private Event - DTLA, Down Town Los Angeles CA

Saturday, August 25, 2018 from 2:00 PM to 10:00 PM (PDT)



Free Order

Order Information

Order #813618140. Ordered by Sherri Snow on August 24, 2018 6:28 PM

813618140101342623800

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**

# Twista's Celebrity Smoke OUT

## Early Bird Ticket



Private Event - DTLA, Down Town Los Angeles CA

Saturday, August 25, 2018 from 2:00 PM to 10:00 PM (PDT)



Free Order

Order Information

Order #813618140. Ordered by Sherri Snow on August 24, 2018 6:28 PM

813618140101342623800

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

---

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Order Confirmation for Wiz Khalifa Live - Drais Nightclub VIP Guest List |

## eventbrite

# Sherri,
# your order is confirmed



### Get the app

## Wiz Khalifa Live - Drais Nightclub VIP Guest List



🎟 4 x Tickets
Order total: Free

🕐 Tuesday, October 30, 2018 at 10:00 PM - Wednesday, October 31, 2018 at 4:00 AM (PDT)
Add to Google · Outlook · iCal · Yahoo

📍 Drai's Beachclub & Nightclub
3595 South Las Vegas Boulevard
Las Vegas, NV 89109
(View on map)

View event details

---

VegasPartyCalendar.com

Follow

Questions about this event?

Contact the organizer

# Order Summary

Order #851431544 - October 30, 2018

| Sherri Snow | 4 x **Text (323) 886 - 2525 to confirm your reservation!! Visit VegasPartyCalendar.com for more Nightclubs & Pool Parties!!** | Free |

**View and manage** your order online

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.

# Additional Information

The event organizer has provided the following information:

This is not your ticket to entry. Admission details will be sent to you a week before the event. Text (323) 886 - 2525 if you need help!



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Fernet-Branca 2018 Pop-Up Bar Expo |
| **Attachments:** | 51491307888-851437333-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

Fernet-Branca 2018 Pop-Up Bar Expo



🎫 **2 x Tickets**
Order total: Free

🕐 **Sunday, November 11, 2018 at 7:00 PM - Monday, November 12, 2018 at 12:00 AM (PST)**
Add to Google · Outlook · iCal · Yahoo

📍 **Exchange LA**
618 S Spring St
Los Angeles, CA 90014
(View on map)

View event details

---

Fernet-Branca

Follow

Questions about this event?

Contact the organizer

## Order Summary

Order #851437333 - October 31, 2018

Sherri Snow          1 x **RSVP TO ATTEND**          Free

2

Gerald Mcmillan          1 x **RSVP TO ATTEND**                    Free

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for BlueFace Live in the HD! Sponsored by EPiC Credit Repair |
| **Attachments:** | 56732006960-906154210-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

BlueFace Live in the HD! Sponsored by EPiC Credit Repair



🎟 1 x Ticket
Order total: Free

🕐 Friday, March 8, 2019 from 7:00 PM to 10:30 PM (PST)
Add to Google · Outlook · iCal · Yahoo

📍 San Bernardino County Fairgrounds
14800 7th Street
Victorville, CA 92395
(View on map)

View event details

---

M4 EVENTZ

Follow

Questions about this event?

Contact the organizer

---

# Order Summary

Order #906154210 - February 26, 2019

Sherri Snow          **1 x Early Bird - 1st hour Free Ticket**          Free

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for Wasted Trap House x Orange County |
| **Attachments:** | 63821505842-975439081-biglietto.pdf |

## eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

### Wasted Trap House x Orange County



🏷 1 x Ticket
Order total: Free

🕐 Saturday, June 29, 2019 at 9:00 PM - Sunday, June 30, 2019 at 2:00 AM (PDT)
Add to Google · Outlook · iCal · Yahoo

📍 The Circle OC
8901 Warner Avenue
Huntington Beach, CA 92647
(View on map)

View event details

---

Wasted Presents

Follow

Questions about this event?

Contact the organizer

---

# Order Summary

Order #975439081 - June 29, 2019

| Sherri Snow | 1 x **Free Ticket (Event will reach capacity, early arrival suggested)** | Free |
|---|---|---|

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**

# Wasted Trap House x Orange County



### Free Ticket (Event will reach capacity, early arrival suggested)

The Circle OC, 8901 Warner Avenue, Huntington Beach, CA 92647

Saturday, June 29, 2019 at 9:00 PM - Sunday, June 30, 2019 at 2:00 AM (PDT)



**Free Order**

Order Information

Order #975439081. Ordered by Sherri Snow on June 29, 2019 4:33 PM

975439081124503010300I

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**Dana Ruiz**

| | |
|---|---|
| **From:** | Eventbrite <noreply@order.eventbrite.com> |
| **Sent:** | Wednesday, August 19, 2020 8:19 AM |
| **To:** | ronita@eventbrite.com |
| **Subject:** | Your Tickets for "Trick or Drink" Hip Hop & Reggaeton Halloween Party |
| **Attachments:** | 76391050689-1121546549-ticket.pdf |

# eventbrite

# Sherri,
# your order is confirmed



## Keep your tickets handy

Get the app

"Trick or Drink" Hip Hop & Reggaeton Halloween
Party



**2 x Tickets**
Order total: Free

**Saturday, October 26, 2019 at 9:00 PM - Sunday, October 27, 2019 at 2:00 AM (PDT)**
Add to Google · Outlook · iCal · Yahoo

**Elevation Bar**
5248 Van Nuys Boulevard
Los Angeles, CA 91401
(View on map)

View event details

---

VIBE LA

Follow

Questions about this event?

Contact the organizer

## Order Summary

Order #1121546549 - October 25, 2019

Sherri Snow          1 x **TRICK OR DRINK (FREE RSVP)**          Free

Sherri Snow          1 x **TRICK OR DRINK (FREE RSVP)**                Free

**View and manage** your order online

**Printable PDF tickets are attached to this email**

This order is subject to Eventbrite Terms of Service, Privacy Policy, and Cookie Policy.



This email was sent to ronita@eventbrite.com

Eventbrite | 155 5th St, 7th Floor | San Francisco, CA 94103

Copyright © 2020 Eventbrite. All rights reserved.

**eventbrite**

# "Trick or Drink" Hip Hop & Reggaeton Halloween Party

## TRICK OR DRINK (FREE RSVP)



Elevation Bar, 5248 Van Nuys Boulevard, Los Angeles, CA 91401

Saturday, October 26, 2019 at 9:00 PM - Sunday, October 27, 2019 at 2:00 AM (PDT)

**Free Order**

Order Information

Order #1121546549. Ordered by Sherri Snow on October 25, 2019 8:03 PM



1121546549148968070500 1

**Do you organize events?**

Start selling in minutes with Eventbrite!

www.eventbrite.com

**eventbrite**



# "Trick or Drink" Hip Hop & Reggaeton Halloween Party

## TRICK OR DRINK (FREE RSVP)



Elevation Bar, 5248 Van Nuys Boulevard, Los Angeles, CA 91401

Saturday, October 26, 2019 at 9:00 PM - Sunday, October 27, 2019 at 2:00 AM (PDT)

**Free Order**
Order Information
Order #1121546549. Ordered by Sherri Snow on October 25, 2019 8:03 PM

1121546549148968070700

**Do you organize events?**
Start selling in minutes with Eventbrite!
www.eventbrite.com