1  SINGER CASHMAN LLP
   Adam S. Cashman (Bar No. 255063)
2    acashman@singercashman.com
   Doug Tilley (Bar No. 265997)
3    dtilley@singercashman.com
   601 Montgomery Street, Suite 1950
4  San Francisco, California  94111
   Telephone:     (415) 500-6080
5  Facsimile:     (415) 500-6080
   *Attorneys for Eventbrite, Inc.*
6

7               **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9                  **SAN FRANCISCO DIVISION**

10

11 | SHERRI SNOW, ANTHONY PICENO and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated, | CASE NO. 3:20-CV-03698-WHO |
|---|---|
| Plaintiffs, | **DECLARATION OF ANTWONNE DACUS IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION** |
| v. | Hearing Date:  October 7, 2020 |
| EVENTBRITE, INC., | Hearing Time:  2:00 p.m. |
| Defendant. | Courtroom 2, 17th Floor |

- 1 -
DECLARATION OF ANTWONNE DACUS IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO
COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

I, Antwonne Dacus, declare as follows:

1. I am employed by Defendant Eventbrite, Inc. ("Eventbrite") as its Content Operations Manager. I have been employed by Eventbrite since approximately June 2011. I submit this Declaration in support of Eventbrite's Motion to Compel Arbitration (Eventbrite's "Motion"). The statements in this Declaration are based on my personal knowledge, and/or a reasonable and diligent investigation of pertinent Eventbrite records and information. If called upon to do so, I could and would testify competently to the matters set forth below.

2. Attached hereto as **Exhibits A through I** are true and correct copies of Eventbrite's Terms of Service ("TOS") in effect from January 1, 2016 through the date of this Declaration, specifically:

| Exhibit | Dates in Effect |
|---|---|
| A | November 18, 2015 through March 15, 2017 |
| B | March 16, 2017 through March 28, 2017 |
| C | March 29, 2017 through November 31, 2017 |
| D | December 1, 2017 through April 2, 2018 |
| E | April 3, 2018 through April 21, 2018 |
| F | April 22, 2018 through June 25, 2018 |
| G | June 26, 2018 through July 16, 2018 |
| H | July 17, 2018 through March 10, 2019 |
| I | March 11, 2019 through the date of this Declaration |

3. Exhibits A, C, F, and H were obtained from the Internet Archive's Wayback Machine in order to show how they appeared to consumers at the time each such TOS version was in effect. Each is attached in two versions: the first includes the Wayback Machine "banner" showing the date as of which the content in the screenshot appeared, and the second omits the banner in order to minimize interference with the Court's ability to read the full text of these exhibits.

4. Exhibits B, D, E, and G were exported from Eventbrite's Salesforce database, as it was not possible to obtain from Eventbrite's records or the Wayback Machine versions showing how the TOS appeared to consumers at the time each such TOS version was in effect. These exhibits are highlighted for the convenience of the Court.

5. Each of the foregoing versions of Eventbrite's TOS contains a provision instructing users how they may opt-out of mandatory individual arbitration.

//

//

6. Eventbrite's business records do not reflect any opt-out request from any named Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge following a reasonable and diligent investigation. Executed in Seattle, Washington.

Dated: August 31, 2020

*Antwonne Dacus*
—DocuSigned by—
AA96971EBAA1450
Antwonne Dacus