| | |
|---|---|
| 1 | SINGER CASHMAN LLP |
| | Adam S. Cashman (Bar No. 255063) |
| 2 | acashman@singercashman.com |
| | Doug Tilley (Bar No. 265997) |
| 3 | dtilley@singercashman.com |
| | 601 Montgomery Street, Suite 1950 |
| 4 | San Francisco, California 94111 |
| | Telephone:   (415) 500-6080 |
| 5 | Facsimile:   (415) 500-6080 |
| | *Attorneys for Eventbrite, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHERRI SNOW, ANTHONY PICENO and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated, | CASE NO. 3:20-CV-03698-WHO |
| | **DECLARATION OF DOUG TILLEY IN SUPPORT OF DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION** |
| Plaintiffs, | |
| v. | Hearing Date: October 7, 2020 |
| EVENTBRITE, INC., | Hearing Time: 2:00 p.m. |
| | Courtroom 2, 17th Floor |
| Defendant. | |

I, Doug Tilley, declare as follows:

1. I am a partner with the law firm Singer Cashman LLP, counsel of record for Defendant Eventbrite, Inc. ("Eventbrite") in the above-captioned matter. I submit this Declaration in support of Eventbrite's Motion to Compel Arbitration. The statements in this Declaration are based on my personal knowledge. If called upon to do so, I could testify competently to the statements set forth below.

2. On August 12, 2020, I wrote to counsel for Plaintiffs to request that they "please let us know all email addresses associated with all Eventbrite accounts used by Ms. Snow, Mr. Piceno, and Ms. Conner." That same day, counsel provided three email addresses and stated "I believe these are the email addresses. I will confirm."

3. On August 18, 2020, I replied to Plaintiff's email to request that they "please let us know ASAP if there are any additional emails any Plaintiff might have used in connection with setting up accounts on purchasing tickets via Eventbrite[.]" That same day, counsel responded "Not that I currently know of."

4. As of the date of this Declaration, I have not received any further information from Plaintiffs' counsel concerning email addresses used by any Plaintiff in connection with Eventbrite accounts or orders.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California.

Dated: August 31, 2020

_____
Doug Tilley