SINGER CASHMAN LLP
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080
*Attorneys for Eventbrite, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW, ANTHONY PICENO and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>EVENTBRITE, INC.,<br><br>    Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EVENTBRITE, INC.'S MOTION TO COMPEL ARBITRATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION**<br><br>Hearing Date:  October 7, 2020<br>Hearing Time:  2:00 p.m.<br>Courtroom 2, 17th Floor |

The Court, having considered Defendant Eventbrite, Inc.'s ("Eventbrite") Motion to Compel Arbitration (Eventbrite's "Motion"), Eventbrite's Request for Judicial Notice in Support of its Motion (Eventbrite's "RJN"), as well as the parties' submissions, evidence, and arguments relating thereto, hereby ORDERS as follows:

1. Eventbrite's RJN is granted in full. In ruling on Eventbrite's Motion, the Court has taken take judicial notice of Exhibits A and C to the Declaration of Courtney Duhring as well as Exhibits A, C, F, and H to the Declaration of Antwonne Dacus;

2. Eventbrite's Motion is granted in full. All of Plaintiffs' claims in this action are subject to mandatory individual arbitration pursuant to the Terms of Service ("TOS") entered into by and between Eventbrite and each of the Plaintiffs. As such, this action is hereby dismissed with prejudice. Should Plaintiffs wish to press their claims, each may do so only in individual arbitration before the American Arbitration Association, as required by the TOS.

**IT IS SO ORDERED.**

Dated: _____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE