**GUTRIDE SAFIER LLP**
  Seth A. Safier (Bar No. 197427)
  Marie A. McCrary (Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 639-9090
Facsimile:    (415) 449-6469

Attorneys for Plaintiffs

**SINGER CASHMAN LLP**
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080

Attorneys for Eventbrite, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>EVENTBRITE, INC.,<br><br>          Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**STIPULATION AND PROPOSED ORDER RE: DISCOVERY AND BRIEFING SCHEDULE RE: DEFENDANT EVENTBRITE, INC.'S SECOND MOTION TO COMPEL ARBITRATION**<br>**[Civil L.R. 6-1(b), 6-2]**<br><br>Complaint Filed: June 4, 2020 |

Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiffs Sherri Snow and Linda Conner (collectively, "Plaintiffs") and Defendant Eventbrite, Inc. ("Eventbrite" and, together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows regarding discovery and the corresponding briefing schedule regarding Eventbrite's Second Motion to Compel Arbitration:

WHEREAS, Plaintiffs initiated this action on June 4, 2020 (*see* Dkt. No. 1);

WHEREAS, on June 9, 2020, Eventbrite agreed to accept service electronically, in exchange for a 30 day extension of time to respond to that Complaint;

WHEREAS, on July 28, 2020, the Parties submitted a stipulation in which (a) Eventbrite advised of its intent to file a motion to compel arbitration of Plaintiffs' claims; (b) the Parties agreed that Plaintiffs would receive specified arbitration-related discovery; (c) the Parties proposed a briefing and hearing schedule for Eventbrite's motion to compel arbitration; and (d) the Parties proposed a schedule for Eventbrite to respond to the Complaint in the event its motion to compel arbitration was denied (*see* Dkt. No. 12);

WHEREAS, on August 10, 2020, the Court modified and entered the Parties' stipulation (*see* Dkt. No. 16);

WHEREAS, on August 31, 2020, Eventbrite filed its motion to compel arbitration (*see* Dkt. No. 18);

WHEREAS, on October 19, 2020, the Court denied Eventbrite's motion to compel arbitration (*see* Dkt. No. 22);

WHEREAS, on October 30, 2020, Eventbrite informed Plaintiff of its intention to file a renewed motion to compel arbitration and Plaintiff agreed to a seven-day extension of Eventbrite's deadline to respond to the Complaint while the Parties met and conferred on Evenbrite's motion;

WHEREAS, on November 2, 2020, the Court entered the Parties' stipulation (*see* Dkt. No. 24);

WHEREAS, on November 16, 2020, Eventbrite filed its second motion to compel arbitration (*see* Dkt. No. 27);

WHEREAS, on November 25, 2020, in light of the Thanksgiving holiday, the Parties agreed to a seven-day extension of both Plaintiffs' deadline to file an opposition to Eventbrite's Second Motion to Compel Arbitration and Eventbrite's deadline to file a reply in support of its Second Motion to Compel Arbitration;

WHEREAS, on November 30, 2020, the Court entered the Parties' stipulation (*see* Dkt. No. 33);

WHEREAS, on December 1, 2020, Plaintiffs served a second set of arbitration-related Requests for Production and Interrogatories, as well as a Notice of Deposition for Nick Popoff (Plaintiffs' "Second Arbitration Discovery Requests");

WHEREAS, Eventbrite contends that Plaintiffs are not entitled to any further arbitration discovery;

WHEREAS, the Parties met and conferred concerning Plaintiffs' Second Arbitration Discovery Requests and, as memorialized in counsel's email of approximately 4:23 p.m. on December 7, 2020 (the "Email Agreement"), reached agreement regarding the scope of such discovery and, to accommodate said discovery, to modify the briefing schedule on Eventbrite's Second Motion to Compel Arbitration; and

WHEREAS, there is currently no trial date set, nor are there any other case deadlines calendared, so the Parties do not anticipate that this extension would have a significant impact on the case calendar.

THEREFORE, it is hereby stipulated and agreed as follows:

1. Eventbrite will respond to Plaintiffs' Request for Production of Documents, including the corresponding production of documents, as modified by and subject to the Email Agreement, by **January 15, 2021**.

2. Plaintiff will respond to Plaintiffs' Interrogatories, subject to the Email Agreement, by **January 15, 2021**.

3. Unless otherwise agreed between the Parties, Plaintiff will conduct the deposition of Nick Popoff on or before **February 15, 2021**. That deposition shall be limited to 3.5

hours on the record. Plaintiffs may petition the Court for leave for additional time, upon a showing of good cause. Eventbrite may oppose any such petition.

4. Plaintiffs' deadline to respond to Eventbrite's Second Motion to Compel Arbitration shall be extended to **March 15, 2021.**

5. Eventbrite's deadline to file a reply in support of its Second Motion to Compel Arbitration shall be extended to **April 15, 2021**.

Respectfully submitted,

Date:  December 7, 2020        GUTRIDE SAFIER LLP

By: /s/ Marie A. McCrary
   Seth A. Safier
   Marie A. McCrary
   Attorneys for Plaintiffs

Date:  December 7, 2020        SINGER CASHMAN LLP

By: /s/ Adam S. Cashman
   Adam S. Cashman
   Doug Tilley
   Attorneys for Eventbrite, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The motion shall be heard on May 5, 2021 at 2 p.m.

Dated: December 8, 2020

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Marie A. McCrary, am the ECF user whose identification and password are being used to file this Stipulation re: Discovery and to Extend the Briefing Schedule re: Eventbrite's Second Motion to Compel Arbitration. In compliance with L.R. 5-1(i)(3), I hereby attest that Defendant's counsel, Adam S. Cashman, concurs in this filing.

Dated:  December 7, 2020			By:  /s/ Marie A. McCrary
						Marie A. McCrary