**GUTRIDE SAFIER LLP**
  Seth A. Safier (Bar No. 197427)
  Marie A. McCrary (Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     (415) 639-9090
Facsimile:     (415) 449-6469

Attorneys for Plaintiffs


**SINGER CASHMAN LLP**
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, CA  94111
Telephone:     (415) 500-6080
Facsimile:     (415) 500-6080

Attorneys for Eventbrite, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>EVENTBRITE, INC.,<br><br>            Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**STIPULATION AND ORDER RE: UPDATED BRIEFING SCHEDULE RE: DEFENDANT EVENTBRITE, INC.'S SECOND MOTION TO COMPEL ARBITRATION**<br><br>**[Civil L.R. 6-1(b), 6-2]**<br><br>Complaint Filed: June 4, 2020 |

1  Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiffs Sherri Snow and Linda Conner (collectively,
2  "Plaintiffs") and Defendant Eventbrite, Inc. ("Eventbrite" and, together with Plaintiffs, the "Parties"),
3  through their undersigned counsel, hereby stipulate and agree as follows regarding document
4  production and the corresponding briefing schedule regarding Eventbrite's Second Motion to Compel
5  Arbitration:

6  WHEREAS, Plaintiffs initiated this action on June 4, 2020 (*see* Dkt. No. 1);

7  WHEREAS, on June 9, 2020, Eventbrite agreed to accept service electronically, in exchange
8  for a 30 day extension of time to respond to that Complaint;

9  WHEREAS, on July 28, 2020, the Parties submitted a stipulation in which (a) Eventbrite
10  advised the Court of its intent to file a motion to compel arbitration of Plaintiffs' claims; (b) the
11  Parties agreed that Plaintiffs would receive specified arbitration-related discovery; (c) the Parties
12  proposed a briefing and hearing schedule for Eventbrite's motion to compel arbitration; and (d) the
13  Parties proposed a schedule for Eventbrite to respond to the Complaint in the event its motion to
14  compel arbitration was denied (*see* Dkt. No. 12);

15  WHEREAS, on August 10, 2020, the Court modified and entered the Parties' stipulation (*see*
16  Dkt. No. 16);

17  WHEREAS, on August 31, 2020, Eventbrite filed its motion to compel arbitration (*see* Dkt.
18  No. 18);

19  WHEREAS, on October 19, 2020, the Court denied Eventbrite's motion to compel arbitration
20  (*see* Dkt. No. 22);

21  WHEREAS, on October 30, 2020, Eventbrite informed Plaintiff of its intention to file a
22  renewed motion to compel arbitration and Plaintiff agreed to a seven-day extension of Eventbrite's
23  deadline to respond to the Complaint while the Parties met and conferred on Eventbrite's motion;

24  WHEREAS, on November 2, 2020, the Court entered the Parties' stipulation (*see* Dkt. No.
25  24);

26  WHEREAS, on November 16, 2020, Eventbrite filed its second motion to compel arbitration
27  (*see* Dkt. No. 27);

28

1   WHEREAS, on November 25, 2020, in light of the Thanksgiving holiday, the Parties filed a
2   stipulation in which they agreed to a seven-day extension of both Plaintiffs' deadline to file an
3   opposition to Eventbrite's Second Motion to Compel Arbitration and Eventbrite's deadline to file a
4   reply in support of its Second Motion to Compel Arbitration (*See* Dkt. No. 32);

5   WHEREAS, on November 30, 2020, the Court entered the Parties' stipulation (*see* Dkt. No.
6   33);

7   WHEREAS, on December 1, 2020, Plaintiffs served a second set of arbitration-related
8   Requests for Production and Interrogatories, as well as a Notice of Deposition for Nick Popoff, on
9   Eventbrite (Plaintiffs' "Second Arbitration Discovery Requests");

10  WHEREAS, on December 7, 2020, the Parties filed a stipulation in which Eventbrite agreed
11  to respond to Plaintiffs' second set of arbitration-related discovery and, to accommodate said
12  discovery, to modify the briefing schedule on Eventbrite's Second Motion to Compel Arbitration (*see*
13  Dkt. No. 36);

14  WHEREAS, on December 8, 2020, the Court entered the Parties' stipulation (*see* Dkt. No.
15  37);

16  WHEREAS, on January 15, 2021, Eventbrite responded to Plaintiffs' second set of
17  arbitration-related discovery and produced corresponding documents;

18  WHEREAS, on February 19, 2021, the Parties filed a joint discovery letter brief concerning
19  Eventbrite's response to Plaintiffs' second set of arbitration-related discovery (*see* Dkt. No. 42);

20  WHEREAS, the Parties agreed to delay the deposition of Nick Popoff until after the issues in
21  the Parties' joint discovery dispute letter was resolved by the Court;

22  WHEREAS, on February 22, 2021, the Court ordered Eventbrite to "produce the requested
23  templating files for the 14 dates previously identified in the production requests and [to] produce the
24  dates on which the other files at issue were created or modified, and related metadata" (*see* Dkt. No.
25  43);

26  WHEREAS, Plaintiffs' deadline to respond to Eventbrite's Second Motion to Compel
27  Arbitration was March 15, 2021;

28

WHEREAS, on March 15, 2021, the Parties filed a stipulation that discussions were ongoing regarding: (i) the deadline for Eventbrite to comply with the Court's February 22, 2021 Order; (ii) the deadline for Mr. Popoff's deposition; and (iii) a briefing schedule for Plaintiffs' opposition to Eventbrite's Second Motion to Compel Arbitration and Eventbrite's reply (*see* Dkt. No. 44);

WHEREAS, on March 17, 2021, the Court entered the Parties' stipulation (*see* Dkt. No. 45);

WHEREAS, the Parties met and conferred on March 22, 2021, regarding a modified schedule for the outstanding discovery, remaining briefing regarding Eventbrite's Second Motion to Compel Arbitration, and the deposition of Mr. Popoff regarding the same; and

WHEREAS, there is currently no trial date set, nor are there any other case deadlines calendared, so the Parties do not anticipate that this extension would have a significant impact on the case calendar.

THEREFORE, it is hereby stipulated and agreed as follows:

1. Eventbrite will produce all the documents ordered by the Court's February 22, 2021 Order by April 16, 2021.
2. Unless otherwise agreed between the Parties, Plaintiffs will conduct the deposition of Nick Popoff by May 17, 2021.
3. Plaintiffs' deadline to respond to Eventbrite's Second Motion to Compel Arbitration shall be extended to June 16, 2021.
4. Eventbrite's Reply to Plaintiffs' Response to its Second Motion to Compel Arbitration shall be extended to July 16, 2021.

Respectfully submitted,

Date: March 30, 2021      GUTRIDE SAFIER LLP

By: */s/ Seth A. Safier /s/*
Seth A. Safier
Marie A. McCrary
Attorneys for Plaintiffs

1
2  Date: March 30, 2021                    SINGER CASHMAN LLP
3                                          By: */s/ Adam S. Cashman /s/*
4                                              Adam S. Cashman
                                               Doug Tilley
                                               Attorneys for Eventbrite, Inc.
5
6
7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
    Hearing set for August 11, 2021 at 2:00 p.m.
8  Dated: March 31, 2021
9                                          _____
                                           HON. WILLIAM H. ORRICK
                                           UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
STIPULATION AND PROPOSED ORDER RE: UPDATED BRIEFING SCHEDULE RE: DEFENDANT EVENTBRITE, INC.'S SECOND
MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Seth A. Safier, am the ECF user whose identification and password are being used to file this Stipulation re: Updated Briefing Briefing Schedule re: Eventbrite's Second Motion to Compel Arbitration. In compliance with L.R. 5-1(i)(3), I hereby attest that Eventbrite's counsel, Adam S. Cashman, concurs in this filing.

Dated:  March 30, 2021                    By:   */s/ Seth A. Safier /s/*
                                                Seth A. Safier