**GUTRIDE SAFIER LLP**
  Seth A. Safier (Bar No. 197427)
  Marie A. McCrary (Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    (415) 639-9090
Facsimile:    (415) 449-6469

Attorneys for Plaintiffs


**SINGER CASHMAN LLP**
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080

Attorneys for Eventbrite, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>EVENTBRITE, INC.,<br><br>              Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE RE: DEFENDANT EVENTBRITE, INC.'S SECOND MOTION TO COMPEL ARBITRATION**<br>**[Civil L.R. 6-1(b), 6-2]**<br><br>Complaint Filed: June 4, 2020 |

Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiffs Sherri Snow and Linda Conner (collectively, "Plaintiffs") and Defendant Eventbrite, Inc. ("Eventbrite" and, together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows regarding the briefing schedule regarding Eventbrite's Second Motion to Compel Arbitration:

WHEREAS, Plaintiffs initiated this action on June 4, 2020 (*see* Dkt. No. 1);

WHEREAS, on June 9, 2020, Eventbrite agreed to accept service electronically, in exchange for a 30 day extension of time to respond to that Complaint;

WHEREAS, on July 28, 2020, the Parties submitted a stipulation in which (a) Eventbrite advised the Court of its intent to file a motion to compel arbitration of Plaintiffs' claims; (b) the Parties agreed that Plaintiffs would receive specified arbitration-related discovery; (c) the Parties proposed a briefing and hearing schedule for Eventbrite's motion to compel arbitration; and (d) the Parties proposed a schedule for Eventbrite to respond to the Complaint in the event its motion to compel arbitration was denied (*see* Dkt. No. 12);

WHEREAS, on August 10, 2020, the Court modified and entered the Parties' stipulation (*see* Dkt. No. 16);

WHEREAS, on August 31, 2020, Eventbrite filed its motion to compel arbitration (*see* Dkt. No. 18);

WHEREAS, on October 19, 2020, the Court denied Eventbrite's motion to compel arbitration (*see* Dkt. No. 22);

WHEREAS, on October 30, 2020, Eventbrite informed Plaintiff of its intention to file a renewed motion to compel arbitration and Plaintiff agreed to a seven-day extention of Eventbrite's deadline to respond to the Complaint while the Parties met and conferred on Evenbrite's motion;

WHEREAS, on November 2, 2020, the Court entered the Parties' stipulation (*see* Dkt. No. 24);

WHEREAS, on November 16, 2020, Eventbrite filed its second motion to compel arbitration (*see* Dkt. No. 27, Eventbrite's "Motion");

WHEREAS, on November 25, 2020, in light of the Thanksgiving holiday, the Parties filed a stipulation in which they agreed to a seven-day extension of both Plaintiffs' deadline to file an opposition to Eventbrite's Motion and Eventbrite's deadline to file a reply in support of its Motion (*See* Dkt. No. 32);

WHEREAS, on November 30, 2020, the Court entered the Parties' stipulation (*see* Dkt. No. 33);

WHEREAS, on December 1, 2020, Plaintiffs served a second set of arbitration-related Requests for Production and Interrogatories, as well as a Notice of Deposition for Nick Popoff, on Eventbrite (Plaintiffs' "Second Arbitration Discovery Requests");

WHEREAS, on December 7, 2020, the Parties filed a stipulation in which Eventbrite agreed to respond to Plaintiffs' second set of arbitration-related discovery and, to accommodate said discovery, to modify the briefing schedule on Eventbrite's Motion (*see* Dkt. No. 36);

WHEREAS, on December 8, 2020, the Court entered the Parties' stipulation (*see* Dkt. No. 37);

WHEREAS, on January 15, 2021, Eventbrite responded to Plaintiffs' second set of arbitration-related discovery and produced corresponding documents;

WHEREAS, on Feburary 19, 2021, the Parties filed a joint discovery letter brief concerning Eventbrite's response to Plaintiffs' second set of arbitration-related discovery (*see* Dkt. No. 42);

WHEREAS, the Parties agreed to delay the deposition of Nick Popoff until after the issues in the Parties' joint discovery dispute letter was resolved by the Court;

WHEREAS, on February 22, 2021, the Court ordered Eventbrite to "produce the requested templating files for the 14 dates previously identified in the production requests and [to] produce the dates on which the other files at issue were created or modified, and related metadata" (*see* Dkt. No. 43);

WHEREAS, on March 15, 2021, the Parties filed a stipulation staying Plaintiffs' deadline to respond to Eventbrite's Motion pending Eventbrite's production of the ordered documents and the deposition of Nick Popoff (*see* Dkt. No. 44);

1  WHEREAS, on March 17, 2021, the Court entered the Parties' stipulation (*see* Dkt. No. 45);

2  WHEREAS, on March 30, 2021, the Parties filed a stipulation in which Eventbrite agreed to
3  produce the ordered documents by April 16, 2021, and the Parties agreed on a timeline for deposing
4  Nick Popoff and for modifying modify the briefing schedule on Eventbrite's Motion (*see* Dkt. No.
5  46);

6  WHEREAS, on March 31, 2021, the Court entered the Parties' stipulation (*see* Dkt. No. 47);

7  WHEREAS, on June 3, 2021, by agreement of the parties, after resolving issues relating to
8  Eventbrite's production, and to accommodate Eventbrite's scheduling considerations, Plaintiffs
9  deposed Nick Popoff;

10  WHEREAS, the Parties met and conferred on June 11, 2021, upon Plaintiffs' request for
11  additional time to complete their Opposition to Eventbrite's Motion, and agreed to modify the
12  briefing schedule to accommodate such request; and

13  WHEREAS, there is currently no trial date set, nor are there any other case deadlines
14  calendared, so the Parties do not anticipate that this extension would have a significant impact on the
15  case calendar.

16  THEREFORE, it is hereby stipulated and agreed as follows:

17  1. Plaintiffs' deadline to respond to Eventbrite's Second Motion to Compel Arbitration
18  shall be extended to June 30, 2021; and

19  2. Eventbrite's Reply to Plaintiffs' Response to its Second Motion to Compel Arbitration
20  shall be extended to July 30, 2021.

21

22  Respectfully submitted,

23

24  Date: June 15, 2021                    GUTRIDE SAFIER LLP

25                                          By:  */s/ Seth A. Safier*
26                                               Seth A. Safier
                                                 Marie A. McCrary
27                                               Attorneys for Plaintiffs

28

Date:  June 15, 2021                                    SINGER CASHMAN LLP

                                                       By:  */s/ Adam S. Cashman*
                                                            Adam S. Cashman
                                                            Doug Tilley
                                                            Attorneys for Eventbrite, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  THE HEARING ON THE MOTION SHALL BE SET FOR AUGUST 18, 2021.**

Dated: June 15, 2021                                    _____
                                                         HON. WILLIAM H. ORRICK
                                                         UNITED STATES DISTRICT JUDGE

- 1 -

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE RE: DEFENDANT EVENTBRITE, INC.'S SECOND MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Seth A. Safier, am the ECF user whose identification and password are being used to file this Stipulation re: Document Production and Briefing Schedule re: Eventbrite's Second Motion to Compel Arbitration. In compliance with L.R. 5-1(i)(3), I hereby attest that Eventbrite's counsel, Adam S. Cashman, concurs in this filing.

Dated: June 14, 2021    By: _/s/ Seth A. Safier_
                           Seth A. Safier