**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
Todd Kennedy (State Bar No. 250267)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
todd@gutridesafier.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANSCISCO DIVISION

|  |  |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVENTBRITE, INC.,<br><br>Defendant. | CASE NO. 3:20-cv-03698-WHO<br><br>PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>Hon. William H. Orrick |

1

2          Pursuant to Local Rule 79-5(d), Plaintiffs Sherri Snow and Linda Conner

3    respectfully file this administrative motion to seal certain portions of Plaintiffs'

4    Opposition to Defendant's Motion to Compel Arbitration and the Declaration of Todd

5    Kennedy in Support of Plaintiffs' Opposition to Defendant's Motion to Compel

6    Arbitration.

7

8          These documents contain information designated as confidential by Defendants.

9    Plaintiffs make this motion pursuant to Civil Local Rules 7-11 and 79-5. In accordance

10   with the local rules, Defendant will file a declaration establishing that all of the

11   designated material is sealable. Plaintiffs reserve the right to oppose their request in

12   whole or in part if they believe that the request exceeds the scope of the protective order

13   and/or applicable law.

14

15   Dated: June 30, 2021

16

17                                              /s/ Todd Kennedy /s/_____
                                               Todd Kennedy, Esq.
18

19

20

21

22

23

24

25

26

27

28