SINGER CASHMAN LLP
Adam S. Cashman (Bar No. 255063)
acashman@singercashman.com
Doug Tilley (Bar No. 265997)
dtilley@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

*Attorneys for Eventbrite, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>EVENTBRITE, INC.,<br><br>　　Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**DECLARATION OF DOUG TILLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

I, Doug Tilley, hereby declare as follows:

1. I am a partner with the law firm Singer Cashman LLP, counsel of record for Defendant Eventbrite, Inc. ("Eventbrite"). I submit this declaration in support of Plaintiffs Sherri Snow and Linda Conner's ("Plaintiffs") Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Eventbrite's Motion to Compel Arbitration (Dkt. No. 50 (Plaintiffs' "Motion to Seal")). Unless otherwise stated, I make this Declaration based on my personal knowledge following a reasonable and diligent inquiry. If called upon, I could and would testify competently to the matters set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the June 3, 2021 deposition of Nick Popoff (the "Popoff Transcript"), with redactions applied to protect Eventbrite's confidential information. This Exhibit was attached in full to the Declaration of Todd Kennedy in support of Plaintiff's Opposition. Eventbrite has lodged under seal a version of Exhibit A in which the sealable portions are highlighted in yellow, for the convenience of the Court.

3. In addition to the above-referenced portions of the transcript of Mr. Popoff's deposition, Eventbrite also seeks to seal the following portions of Plaintiff's Opposition to Eventbrite's pending Motion to Compel Arbitration (collectively, the "Sealable Material"):

| Plaintiffs' Opposition Brief ("Opp.") at 15:7 through 15:10 |
| --- |
| Opp. at 15:17 through 15:22 |
| Opp. at 16:2 through 16:6 |

4. Eventbrite does not seek to seal any other portions of the Popoff Transcript or Plaintiffs' Opposition.

5. I have reviewed the Popoff Transcript and Plaintiff's Opposition. I believe that the redactions applied to those materials, as narrowed herein, are narrowly tailored to seek sealing of only properly sealable material.

DECLARATION OF DOUG TILLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-CV-03698-WHO

6.	Specifically, the Sealable Material contains or reflects information concerning the organization, structure, and/or operation of elements of Eventbrite's source code, as well as information concerning the identities of third parties whom Eventbrite has engaged to perform certain business functions.  Eventbrite maintains such information as strictly confidential.  The Sealable Information qualifies for protection under the Stipulated Protective Order entered by the Court (*see* Dkt. No. 39) because it is competitively sensitive information, including descriptions of, file names of, and commentary regarding Eventbrite's confidential "computer code," the disclosure of which, whether publicly or to Plaintiffs, would create substantial risk of serious harm that could not be avoided by less restrictive means.  For example, Plaintiffs, who are adverse to Eventbrite and have lodged serious allegations concerning the Company, and who have not personally executed the Stipulated Protective Order or an acknowledgement to be bound thereby, might seek to publish or otherwise misuse the Sealable Material.  Moreover, competitors might seek to use information relating to Eventbrite's source code, and/or the identity of third party service providers, to obtain an unfair competitive or other advantage over Eventbrite.  There is no legitimate need for Plaintiffs (whose interests are represented by counsel) or third parties to review the Sealable Material.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on July 6, 2021.

_____
Doug Tilley