SINGER CASHMAN LLP
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 500-6080
Facsimile:   (415) 500-6080

*Attorneys for Eventbrite, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>  Plaintiffs,<br><br>       v.<br><br>EVENTBRITE, INC.,<br><br>  Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

THE COURT, having considered Plaintiffs' Sherri Snow and Linda Conner's ("Plaintiffs") Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Defendant Eventbrite Inc.'s Motion to Compel Arbitration (Dkt. No. 50 (Plaintiffs' "Motion to Seal")), the Declaration of Todd Kennedy in support of same, and the Declaration of Doug Tilley in support of same ("Tilley Decl."); and GOOD CAUSE appearing therefor, HEREBY ORDERS AS FOLLOWS:

1. There exist compelling reasons to submit the Sealable Material identified below:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| The redacted portions of the transcript of the June 3, 2021 deposition of Nick Popoff, attached at Exhibit A to the Tilley Declaration. | Tilley Decl., ¶¶ 5-6 | |
| Plaintiffs' Opposition Brief ("Opp.") at 15:7 through 15:10 | Tilley Decl., ¶¶ 5-6 | |
| Opp. at 15:17 through 15:22 | Tilley Decl., ¶¶ 5-6 | |
| Opp. at 16:2 through 16:6 | Tilley Decl., ¶¶ 5-6 | |

2. The foregoing Sealable Material, which has been lodged with this Court, shall be sealed as set forth above.

**IT IS SO ORDERED**.

Dated: _____   _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE