**GUTRIDE SAFIER LLP**
  Seth A. Safier (Bar No. 197427)
  Marie A. McCrary (Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 639-9090
Facsimile:   (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERRI SNOW and LINDA CONNER, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EVENTBRITE, INC.,<br><br>    Defendant. | CASE NO. 3:20-CV-03698-WHO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: June 4, 2020 |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiffs'
3  claims, causes of action, and parties, and WITHOUT PREJUDICE as to all putative class member
4  claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close
5  the file.

DATED: 1/17/2023

_____
Hon. William H. Orrick